**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6193**

LEON JOHNSON,

Plaintiff - Appellant,

v.

F. DUTY; J. R. MASSINGILL; J. SHEPHERD, sued in their individual capacities,

Defendants - Appellees,

and

B. MAZE; R. WHITE; S. FULLER; OFFICER A. WILLIAMS,

Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth K. Dillon, Chief District Judge.  (7:22-cv-00340-EKD-JCH)

Submitted:  September 19, 2024                    Decided:  September 24, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leon Jermaine Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon Jermaine Johnson[*] appeals the district court's order granting summary judgment in favor of Defendants in her 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Johnson v. Duty*, No. 7:22-cv-00340-EKD-JCH (W.D. Va. Feb. 2, 2024). We deny as moot Johnson's motion to file an appeal for someone else as, from the record, it appears that she has filed the appeal on her own behalf. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Johnson is transgender and refers to herself using feminine pronouns. We do so also.